Argued October 29, affirmed October 29, petition for rehearing
denied November 23, petition for review denied
December 29, 1971

### STATE OF OREGON, *Respondent, v.* REX LOURITS MATHIASEN (No. C-496), *Appellant.*

489 P2d 983

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.